# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2025

## NO. 03-23-00435-CV

**Jason M. Waldrep, Appellant**

**v.**

**Robin Ann Waldrep, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the amended order signed by the trial court on July 18, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's amended order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.